UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on February 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Joseph D. Marchand, Esquire, Trustee
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
(856) 451-7600
JM:5998
Attorney for Chapter 7 Trustee

In Re:

Sonny & Esra Tanyildiz,



Debtor

In Bankruptcy Proceeding:
Chapter 13

Case No. 19-26145/JNP

Hearing Date: N/A

Judge:  Jerrold N. Poslusny, Jr.

## ORDER FOR PAYMENT OF ADMINISTRATIVE FEES
## FOR ATTORNEY FOR FORMER CHAPTER 7 TRUSTEE

    The relief set forth on the following pages, numbered two (2) through two (2) is
hereby **ORDERED**:

**DATED: February 20, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor:    Sonny & Esra Tanyildiz
Case No:  19-26145/JNP
Caption of Order:    Order for Payment of Administrative Fees for Attorney
                     For Former Chapter 7 Trustee

_____

Upon consideration of Joseph D. Marchand, Esquire's Application for an Order for Payment of Administrative Fees for Attorney for Former Chapter 7 Trustee, and good cause appearing therefore, it is hereby

**IT IS FURTHER ORDERED THAT** Joseph D. Marchand, Esquire, as *Attorney for Former Chapter 7 Trustee*, is hereby awarded Compensation in the sum of **$532.00**; and shall be allotted Expenses in the sum of **$25.95;** for a total award of **$557.95**, which shall be treated as an Administrative Expense of the Debtor's Chapter 13 Bankruptcy Estate and shall be paid by the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:
Sonny Suat Tanyildiz
Esra Tanyildiz
       Debtors

Case No. 19-26145-JNP
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 | Date Rcvd: Feb 20, 2020 |
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2020.
db/jdb     +Sonny Suat Tanyildiz,   Esra Tanyildiz,   207 Rabbit Run Road,   Cherry Hill, NJ 08003-1426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2020 at the address(es) listed below:
      Denise E. Carlon   on behalf of Creditor   RoundPoint Mortgage Servicing Corporation
      dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
      Joseph Marchand   on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
      jmarchand@comcast.net
      Robert H. Johnson   on behalf of Joint Debtor Esra  Tanyildiz ecfmail@rhjlaw.com,
      r43974@notify.bestcase.com
      Robert H. Johnson   on behalf of Debtor Sonny Suat Tanyildiz ecfmail@rhjlaw.com,
      r43974@notify.bestcase.com
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          TOTAL: 6