Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–26145–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Sonny Suat Tanyildiz
207 Rabbit Run Road
Cherry Hill, NJ 08003

Esra Tanyildiz
207 Rabbit Run Road
Cherry Hill, NJ 08003

Social Security No.:
xxx–xx–2852

xxx–xx–2940

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:            4/15/20
Time:            09:00 AM
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 26, 2020
JAN: lgr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 19-26145-JNP
Sonny Suat Tanyildiz                                            Chapter 13
Esra Tanyildiz
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 1            Date Rcvd: Feb 26, 2020
                              Form ID: 132               Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
```
db/jdb         +Sonny Suat Tanyildiz,   Esra Tanyildiz,   207 Rabbit Run Road,   Cherry Hill, NJ 08003-1426
518420957      +American Express,   PO Box 1270,   Newark, NJ 07101-1270
518688837       American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern  PA 19355-0701
518420958      +Bank of America,   PO Box 17054,   Wilmington, DE 19850-7054
518682844      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
518420960      +CITI,   PO Box 6241,   Sioux Falls, SD 57117-6241
518420959      +Chase,   201 N. Walnut Street,   Wilmington, DE 19801-2920
518714006       Citibank, N.A.,   5800 S Corporate Pl,   Sioux Falls, SD  57108-5027
518420961       Hyundai Motor Finance,   1050 Talbert Ave,   Fountain Valley, CA 92708
518654226      +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,   P.O. Box 9013,   Addison, Texas 75001-9013
518697103      +Medallion Express,   4315 Pickett Road, Bankruptcy Department,
                 St. Joseph, Missouri 64503-1600
518720829      +RoundPoint Mortgage Servicing Corporation,   Denise Carlon, Esquire,
                 216 Haddon Avenue, Ste. 406,   Westmont, NJ 08108-2812
518420962      +Roundpoint,   PO Box 19409,   Charlotte, NC 28219-9409
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2020 00:59:40     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2020 00:59:37     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518420956      +E-mail/Text: ally@ebn.phinsolutions.com Feb 27 2020 00:57:38     Ally Financial,
                 200 Renaissance Center,   Detroit, MI 48243-1300
518622019      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 27 2020 01:06:08
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 4
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518688846*      American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern  PA 19355-0701
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Joseph Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net
              Robert H. Johnson    on behalf of Joint Debtor Esra  Tanyildiz ecfmail@rhjlaw.com,
               r43974@notify.bestcase.com
              Robert H. Johnson    on behalf of Debtor Sonny Suat Tanyildiz ecfmail@rhjlaw.com,
               r43974@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```