UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on March 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Trustee and Attorney for Chapter 7 Trustee
JM:5998

| | |
|---|---|
| In Re: | In Bankruptcy Proceeding: Chapter 13 |
| Sonny & Esra Tanyildiz, | Case No. 19-26145/JNP |
| | Hearing: March 19, 2020 |
| Debtor | Judge: Jerrold N. Poslusny, Jr. |

### ORDER FOR PAYMENT OF COMPENSATION AND EXPENSE TO CHAPTER 7 TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 19, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor:    Sonny & Esra Tanyildiz
Case No:  19-26145/JNP
Caption of Order:    Order for Payment of Compensation and Expenses to
Chapter 7 Trustee

---

Upon consideration of Joseph D. Marchand, Esquire's application for an order for payment of compensation and expenses to Chapter 7 Trustee, and good cause appearing therefore, it is hereby

**ORDERED THAT** Joseph D. Marchand, Esquire, for services rendered as Former Chapter 7 Bankruptcy Trustee, is entitled to Compensation in the amount of **$1,102.00**, and reimbursement of Expenses in the amount of **$0.00** for a total award of **$1,102.00** which shall be treated as an Administrative Expense of the debtor's Chapter 13 Bankruptcy Estate and shall be paid by the Chapter 13 Trustee.