UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on March 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Trustee and Attorney for Chapter 7 Trustee
JM:5998

In Re:

Sonny & Esra Tanyildiz,

Debtor

In Bankruptcy Proceeding:
Chapter 13

Case No. 19-26145/JNP

Hearing: March 19, 2020

Judge: Jerrold N. Poslusny, Jr.

**ORDER FOR PAYMENT OF COMPENSATION
AND EXPENSE TO CHAPTER 7 TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 19, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor:   Sonny & Esra Tanyildiz
Case No: 19-26145/JNP
Caption of Order:   Order for Payment of Compensation and Expenses to
Chapter 7 Trustee

---

Upon consideration of Joseph D. Marchand, Esquire's application for an order for payment of compensation and expenses to Chapter 7 Trustee, and good cause appearing therefore, it is hereby

**ORDERED THAT** Joseph D. Marchand, Esquire, for services rendered as Former Chapter 7 Bankruptcy Trustee, is entitled to Compensation in the amount of **$1,102.00**, and reimbursement of Expenses in the amount of **$0.00** for a total award of **$1,102.00** which shall be treated as an Administrative Expense of the debtor's Chapter 13 Bankruptcy Estate and shall be paid by the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:
Sonny Suat Tanyildiz
Esra Tanyildiz
　　　　Debtors

Case No. 19-26145-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Mar 19, 2020
　　　　　　　　　　　Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2020.
db/jdb    +Sonny Suat Tanyildiz,    Esra Tanyildiz,    207 Rabbit Run Road,    Cherry Hill, NJ 08003-1426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2020 at the address(es) listed below:
　　　　Denise E. Carlon    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
　　　　 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
　　　　Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
　　　　Joseph  Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
　　　　 jmarchand@comcast.net
　　　　Robert H. Johnson    on behalf of Joint Debtor Esra  Tanyildiz ecfmail@rhjlaw.com,
　　　　 r43974@notify.bestcase.com
　　　　Robert H. Johnson    on behalf of Debtor Sonny Suat Tanyildiz ecfmail@rhjlaw.com,
　　　　 r43974@notify.bestcase.com
　　　　U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                   TOTAL: 6