UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
SALDUTTI LAW GROUP
Rebecca K. McDowell, Esquire – RM3223
800 Kings Highway North, Suite 300
Cherry Hill, NJ 08034
(856) 779-0300
Counsel for Creditor EASTERN FUNDING, LLC

Order Filed on November 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SONNY SUAT TANYILDIZ and
ESRA TANYILDIZ,

Debtors.

Case No.: 19-26145-JNP

Chapter: 13

Hrg Date:

Judge: Hon. Jerrold N. Poslusny, Jr.

## CONSENT ORDER TO ALLOW LATE CLAIM

The relief set forth on the following page is hereby ORDERED.

**DATED: November 23, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtors: Sonny Suat Tanyildiz and Esra Tanyildiz
Case No. 19-26145-JNP
Caption of Order: Consent Order to Allow Late Claim

---

This matter having come before the Court upon agreement of Eastern Funding, LLC ("Eastern") and Debtors Sonny Suat Tanyildiz and Esra Tanyildiz ("Debtors"); Debtor Sonny Tanyildiz being indebted to Eastern as a result of the personal guaranty of a business debt; Debtors having failed to list Eastern as a creditor in the bankruptcy and having failed to notify Eastern of the bankruptcy until after the claims bar date had passed; and Debtors having agreed to allow the claim notwithstanding its late filing; now therefore;

It is hereby ORDERED that Eastern may file a general unsecured claim within seven (7) days of the date of this Order, and such claim shall be paid by the Chapter 13 trustee in accordance with the confirmed plan and the priority scheme set forth in the Bankruptcy Code.

| /s/ Rebecca K. McDowell | /s/ |
|---|---|
| Rebecca K. McDowell, Esq. | Robert H. Johnson, Esq. |
| Saldutti Law Group | 1818 Old Cuthbert Road, Suite 107 |
| 800 Kings Highway North, Suite 300 | Cherry Hill, NJ 08034 |
| Cherry Hill, NJ 08034 | (856) 298-9328 |
| (856) 324-5014 | rjohnson@rjhlaw.com |
| rmcdowell@slgcollect.com | Counsel for the Debtor |
| Counsel for Eastern Funding, LLC | |