UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
SALDUTTI LAW GROUP
Rebecca K. McDowell, Esquire – RM3223
800 Kings Highway North, Suite 300
Cherry Hill, NJ 08034
(856) 779-0300
Counsel for Creditor EASTERN FUNDING, LLC

Order Filed on November 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SONNY SUAT TANYILDIZ and
ESRA TANYILDIZ,

　　　　　　　　　　　Debtors.

Case No.:   19-26145-JNP

Chapter:    13

Hrg Date:

Judge:   Hon. Jerrold N. Poslusny, Jr.

## CONSENT ORDER TO ALLOW LATE CLAIM

The relief set forth on the following page is hereby ORDERED.

**DATED: November 23, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtors: Sonny Suat Tanyildiz and Esra Tanyildiz
Case No. 19-26145-JNP
Caption of Order: Consent Order to Allow Late Claim

---

This matter having come before the Court upon agreement of Eastern Funding, LLC ("Eastern") and Debtors Sonny Suat Tanyildiz and Esra Tanyildiz ("Debtors"); Debtor Sonny Tanyildiz being indebted to Eastern as a result of the personal guaranty of a business debt; Debtors having failed to list Eastern as a creditor in the bankruptcy and having failed to notify Eastern of the bankruptcy until after the claims bar date had passed; and Debtors having agreed to allow the claim notwithstanding its late filing; now therefore;

It is hereby ORDERED that Eastern may file a general unsecured claim within seven (7) days of the date of this Order, and such claim shall be paid by the Chapter 13 trustee in accordance with the confirmed plan and the priority scheme set forth in the Bankruptcy Code.

| /s/ Rebecca K. McDowell | /s/ [signature] |
|---|---|
| Rebecca K. McDowell, Esq. | Robert H. Johnson, Esq. |
| Saldutti Law Group | 1818 Old Cuthbert Road, Suite 107 |
| 800 Kings Highway North, Suite 300 | Cherry Hill, NJ 08034 |
| Cherry Hill, NJ 08034 | (856) 298-9328 |
| (856) 324-5014 | rjohnson@rjhlaw.com |
| rmcdowell@slgcollect.com | Counsel for the Debtor |
| Counsel for Eastern Funding, LLC | |

United States Bankruptcy Court

District of New Jersey

In re:  
Sonny Suat Tanyildiz  
Esra Tanyildiz  
    Debtor(s)

Case No. 19-26145-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Nov 23, 2020     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Sonny Suat Tanyildiz, Esra Tanyildiz, 207 Rabbit Run Road, Cherry Hill, NJ 08003-1426 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2020      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor RoundPoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Joseph Marchand | on behalf of Trustee Joseph Marchand jdmarchand@comcast.net  jmarchand@comcast.net |
| Rebecca K. McDowell | on behalf of Creditor Eastern Funding LLC rmcdowell@slgcollect.com |
| Robert H. Johnson | on behalf of Joint Debtor Esra Tanyildiz ecfmail@rhjlaw.com  r43974@notify.bestcase.com |
| Robert H. Johnson | |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 23, 2020 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Debtor Sonny Suat Tanyildiz ecfmail@rhjlaw.com r43974@notify.bestcase.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7